## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **DEANNA K. SIPP,** | ) | **CASE NO. 4:08CV84** |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **ORDER** |
| | ) | |
| **MICHAEL J. ASTRUE, Commissioner** | ) | |
| **of the Social Security Administration,** | ) | |
| | ) | |
| **Defendant.** | ) | |

This matter is before the Court on the Plaintiff's unopposed motion for an extension of time in which to file her brief. The Plaintiff's brief was due on July 24, 2008, and her Motion for Extension of Time (Filing No. 12) was not filed until July 25, 2008. The Court will allow Plaintiff a limited extension of time to file her brief. The briefing deadlines in the Court's Order dated June 24, 2008 (Filing No. 11), are extended as set forth below.

IT IS ORDERED:

1. The Plaintiff's motion for an extension of time (Filing No. 12) is granted, in part;

2. The Plaintiff shall file and serve her brief on or before August 11, 2008;

3. The Defendant shall file and serve his brief on or before September 10, 2008; and

4. The case will be ripe for decision on September 11, 2008.

DATED this 28th day of July, 2008.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge