# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **DEANNA K. SIPP,** | ) | **CASE NO. 4:08CV84** |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| **MICHAEL J. ASTRUE, Commissioner** | ) | |
| of the Social Security Administration, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on the Plaintiff's unopposed second motion for an extension of time in which to file her brief. The Plaintiff brief is due on August 11, 2008, and she requests a thirty day continuance until September 10, 2008 (Filing No. 14). In support of her motion Plaintiff states that she needs additional time to determine the possible impact of issues raised in a law review article. The article was published in a 2003 issue of the Wisconsin Law Review and as such has been available to the Plaintiff since the filing of her Complaint on February 27, 2008. The Court finds that no good cause is shown for the requested extension of time. The Court will allow Plaintiff to file her brief on or before August 15, 2008. The briefing deadlines in the Court's Order dated July 28, 2008 (Filing No. 13), are extended as set forth below. The parties are advised that the Court will not entertain any additional requests for extensions of time filed on behalf of the Plaintiff. Accordingly,

IT IS ORDERED:

1. The Plaintiff's motion for an extension of time (Filing No. 14) is denied;

2. The Plaintiff shall file and serve her brief on or before August 15, 2008;

3. The Defendant shall file and serve his brief on or before September 16, 2008; and

4. The case will be ripe for decision on September 17, 2008.

DATED this 11th day of August, 2008.

                                BY THE COURT:

                                s/Laurie Smith Camp
                                United States District Judge