IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **DEANNA K. SIPP,** | CASE NO. 4:08CV84 |
| Plaintiff, | |
| v. | ORDER |
| **MICHAEL J. ASTRUE, Commissioner** of the Social Security Administration, | |
| Defendant. | |

This matter is before the Court on the Defendant's Motion for Extension of Time to Respond to Plaintiff's Brief (Filing No. 18). The Defendant requests a continuance from September 16, 2008, until October 16, 2008.

IT IS ORDERED:

1. The Defendant's Motion for Extension of Time to Respond to Plaintiff's Brief (Filing No. 18) is granted;

2. The Defendant's response shall be filed on or before October 16, 2008; and

3. The case will be ripe for decision on October 17, 2008.

DATED this 16th day of September, 2008.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge