**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEBRASKA**

| | |
|---|---|
| **DEANNA K. SIPP,** ) | CASE NO. 4:08CV84 |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | ORDER |
| ) | |
| **MICHAEL J. ASTRUE, Commissioner** ) | |
| of the Social Security Administration, ) | |
| ) | |
| **Defendant.** ) | |

This matter is before the Court on the Defendant's Second Motion for Extension of Time to Respond to Plaintiff's Brief (Filing No. 20). The Defendant requests an additional 30 days, from October 16, 2008, until November 17, 2008, to file his brief. Defendant represents that Plaintiff's counsel does not oppose the motion. The Court finds that Defendant's motion should be granted. The parties are advised that the Court does not anticipate granting any additional requests for extensions of time in this case.

IT IS ORDERED:

1. The Defendant's Second Motion for Extension of Time to Respond to Plaintiff's Brief (Filing No. 20) is granted;

2. The Defendant's response shall be filed on or before November 17, 2008; and

3. The case will be ripe for decision on November 18, 2008.

DATED this 17th day of October, 2008.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge