IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **DEANNA K. SIPP,** | ) | **CASE NO. 4:08CV84** |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| **MICHAEL J. ASTRUE, Commissioner** | ) | |
| **of the Social Security Administration,** | ) | |
| | ) | |
| **Defendant.** | ) | |

This matter is before the Court on the Defendant's unopposed motion for an extension of time (Filing No. 28) to complete the administrative proceedings and issue a new written decision–as ordered by this Court in the December 3, 2008, remand order entered pursuant to sentence six of 42 U.S.C. §405(g). (Filing 24). The Defendant reports that the hearing with the Administrative Law Judge in this case is set for May 8, 2009, and thus the Defendant requests an extension of time until June 8, 2009, to complete its administrative proceedings. (Filing No. 28). Since the Defendant's motion is unopposed, the Court finds no reason that the Defendant's motion should not be granted.

IT IS ORDERED:

1. The Defendant's unopposed motion for an extension of time (Filing No. 28) is granted; and

2. The Defendant shall complete its administrative proceedings with the filing of a new administrative decision in this case no later than June 8, 2009.

Dated this 6th day of April, 2009.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge