**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA**

| | | |
|---|---|---|
| **DEANNA K. SIPP,** | ) | **CASE NO. 4:08CV84** |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| **MICHAEL J. ASTRUE, Commissioner** | ) | |
| **of the Social Security Administration,** | ) | |
| | ) | |
| **Defendant.** | ) | |

This matter is before the Court on the Defendant's second unopposed motion for an extension of time (Filing No. 30) to complete the administrative proceedings and issue a new written decision – as ordered by this Court in the December 3, 2008, remand order entered pursuant to sentence six of 42 U.S.C. §405(g). (Filing 24). On April 6, 2009, this Court granted the Defendant's previous request for an extension of time (Filing No. 28), and ordered the Defendant to complete its administrative proceedings by June 8, 2009. (Filing No. 29). The Defendant now reports that the hearing with the Administrative Law Judge in this case has been extended from May 8, 2009, to July 29, 2009, and thus the Defendant requests an extension of time until August 28, 2009, to complete its administrative proceedings. (Filing No. 30). Because the Defendant's motion is unopposed, the Court finds no reason that the Defendant's motion should not be granted. The parties are cautioned, however, that the Court is unlikely to grant any additional requests for extensions of time filed on behalf of the Defendant.

IT IS ORDERED:

1. The Defendant's unopposed motion for an extension of time (Filing No. 30) is granted; and

2. The Defendant will complete its administrative proceedings with the filing of a new administrative decision in this case no later than August 28, 2009.

Dated this 8th day of June, 2009.

                                BY THE COURT:

                                s/Laurie Smith Camp
                                United States District Judge