IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **DEANNA K. SIPP,** ) | **CASE NO. 4:08CV84** |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| **MICHAEL J. ASTRUE, as** ) | |
| **Commissioner of the Social Security** ) | |
| **Administration,** ) | |
| ) | |
| **Defendant.** ) | |

This matter is before the Court on the Defendant's motion to extend time to complete administrative proceedings (Filing No. 32). The Court has also considered the index of evidence (Filing No. 33) and the supporting brief (Filing No. 34).

On December 3, 2008, this Court remanded this case under sentence six of Section 205(g), 42 U.S.C. § 405(g). The ALJ's new decision was issued on August 25, 2009. However, this decision is not necessarily the final decision of the Commissioner, as the social security regulations allow the Plaintiff the opportunity to request further review. Once a final decision is reached, a supplemental administrative transcript will be prepared by the Appeals Council. The Appeals Council will do so expeditiously.

The Defendant states that while the parties do not agree at this time as to the next procedural steps that should be followed, they do agree that at a minimum a certified transcript of the supplemental administrative hearing, and of the evidence received after this case was last before this Court, must be prepared. Therefore, the Defendant requests that the deadline to complete administrative proceedings be extended to 14 days after the Commissioner's decision becomes final.

IT IS ORDERED:

1. The Defendant's motion to extend time to complete administrative proceedings (Filing No. 32) is granted; and

2. The Defendant must complete its administrative proceedings by filing a new administrative decision in this case within 14 days after the Commissioner's decision becomes final.

DATED this 2nd day of September, 2009.

                                    BY THE COURT:

                                    s/Laurie Smith Camp
                                    United States District Judge