## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **DEANNA K. SIPP,** | ) | **CASE NO. 4:08CV84** |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **ORDER** |
| | ) | |
| **MICHAEL J. ASTRUE, as** | ) | |
| **Commissioner of the Social Security** | ) | |
| **Administration,** | ) | |
| | ) | |
| **Defendant.** | ) | |

This matter is before the Court on the Court's own motion.

On September 2, 2009, this Court granted the Defendant's motion for an extension of time to complete administrative proceedings and ordered the Defendant to file a new administrative decision within 14 days after the Commissioner's final decision is final.

IT IS ORDERED that the Defendant shall file a status report with this Court within 30 days of the date of this order, and a new status report every 60 days thereafter, until the new administrative decision is filed.

DATED this 12th day of January, 2010.

BY THE COURT:


s/Laurie Smith Camp
United States District Judge