IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **DEANNA K. SIPP,** | ) | CASE NO. 4:08CV84 |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | |
| | ) | ORDER |
| **MICHAEL J. ASTRUE, as** | ) | |
| **Commissioner of the Social Security** | ) | |
| **Administration,** | ) | |
| | ) | |
| **Defendant.** | ) | |

This matter is before the Court on the Plaintiff Deanna K. Sipp's motion for leave to file a reply brief (Filing No. 46).

The case was ripe for decision on April 30, 2010, and this Court does not solicit or consider reply briefs in social security appeals.

IT IS ORDERED that the Plaintiff's motion for leave to file a reply brief (Filing No. 46) is denied.

DATED this 4th day of May, 2010.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge